# EXHIBIT A

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-183-749**
**Effective Date of Registration:**
October 24, 2019
**Registration Decision Date:**
December 27, 2019

## Title

**Title of Work:** Floor Details 4.1

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** May 31, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Mia Tarducci Henry
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1974

## Copyright Claimant

**Copyright Claimant:** Mia Tarducci Henry
7800 Susquehanna Street, Suite 201, Pittsburgh, PA, 15208, United States

## Rights and Permissions

**Organization Name:** Metz Lewis Brodman Must O'Keefe LLC
**Name:** Barry I Friedman
**Email:** ipdocket@metzlewis.com
**Telephone:** (412)918-1110
**Alt. Telephone:** (412)918-1100
**Address:** 535 Smithfield Street, Suite 800
Pittsburgh, PA 15222 United States

## Certification

**Name:** Barry I Friedman
**Date:** October 24, 2019
**Applicant's Tracking Number:** 8419/004

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-183-721**
**Effective Date of Registration:**
October 24, 2019
**Registration Decision Date:**
December 26, 2019

## Title

**Title of Work:** Floor Details 4.2

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** May 31, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Mia Tarducci Henry
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1974

## Copyright Claimant

**Copyright Claimant:** Mia Tarducci Henry
7800 Susquehanna Street, Suite 201, Pittsburgh, PA, 15208, United States

## Rights and Permissions

**Organization Name:** Metz Lewis Brodman Must O'Keefe LLC
**Name:** Barry I Friedman
**Email:** ipdocket@metzlewis.com
**Telephone:** (412)918-1110
**Alt. Telephone:** (412)918-1100
**Address:** 535 Smithfield Street, Suite 800
Pittsburgh, PA 15222 United States

## Certification

| | |
|---|---|
| **Name:** | Barry I Friedman |
| **Date:** | October 24, 2019 |
| **Applicant's Tracking Number:** | 8419/005 |

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-183-726**

**Effective Date of Registration:**
October 24, 2019

**Registration Decision Date:**
December 26, 2019

## Title

**Title of Work:** Floor Details 4.3

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** May 31, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Mia Tarducci Henry
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1974

## Copyright Claimant

**Copyright Claimant:** Mia Tarducci Henry
7800 Susquehanna Street, Suite 201, Pittsburgh, PA, 15208, United States

## Rights and Permissions

**Organization Name:** Metz Lewis Brodman Must O'Keefe LLC
**Name:** Barry I Friedman
**Email:** ipdocket@metzlewis.com
**Telephone:** (412)918-1110
**Alt. Telephone:** (412)918-1100
**Address:** 535 Smithfield Street, Suite 800
Pittsburgh, PA 15222 United States

## Certification

**Name:** Barry I Friedman
**Date:** October 24, 2019
**Applicant's Tracking Number:** 8419/006

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-183-728**
**Effective Date of Registration:**
October 24, 2019
**Registration Decision Date:**
December 26, 2019

## Title

**Title of Work:** Floor Details 4.4

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** May 31, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Mia Tarducci Henry
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1974

## Copyright Claimant

**Copyright Claimant:** Mia Tarducci Henry
7800 Susquehanna Street, Suite 201, Pittsburgh, PA, 15208

## Rights and Permissions

**Organization Name:** Metz Lewis Brodman Must O'Keefe LLC
**Name:** Barry I Friedman
**Email:** ipdocket@metzlewis.com
**Telephone:** (412)918-1110
**Alt. Telephone:** (412)918-1100
**Address:** 535 Smithfield Street, Suite 800
Pittsburgh, PA 15222 United States

## Certification

**Name:** Barry I Friedman
**Date:** October 24, 2019
**Applicant's Tracking Number:** 8419/007

# Certificate of Registration






This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-183-719**
**Effective Date of Registration:**
October 24, 2019
**Registration Decision Date:**
December 26, 2019

## Title

**Title of Work:** Floor Details 4.5

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** May 31, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Mia Tarducci Henry
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1974

## Copyright Claimant

**Copyright Claimant:** Mia Tarducci Henry
7800 Susquehanna Street, Suite 201, Pittsburgh, PA, 15208, United States

## Rights and Permissions

**Organization Name:** Metz Lewis Brodman Must O'Keefe LLC
**Name:** Barry I Friedman
**Email:** ipdocket@metzlewis.com
**Telephone:** (412)918-1110
**Alt. Telephone:** (412)918-1100
**Address:** 535 Smithfield Street, Suite 800
Pittsburgh, PA 15222 United States

## Certification

**Name:** Barry I Friedman
**Date:** October 24, 2019
**Applicant's Tracking Number:** 8419/008

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-183-720**
**Effective Date of Registration:**
October 24, 2019
**Registration Decision Date:**
December 26, 2019

## Title

**Title of Work:** Floor Details 4.6

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** May 31, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Mia Tarducci Henry
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1974

## Copyright Claimant

**Copyright Claimant:** Mia Tarducci Henry
7800 Susquehanna Street, Suite 201, Pittsburgh, PA, 15208, United States

## Rights and Permissions

**Organization Name:** Metz Lewis Brodman Must O'Keefe LLC
**Name:** Barry I Friedman
**Email:** ipdocket@metzlewis.com
**Telephone:** (412)918-1110
**Alt. Telephone:** (412)918-1100
**Address:** 535 Smithfield Street, Suite 800
Pittsburgh, PA 15222 United States

## Certification

**Name:** Barry I Friedman
**Date:** October 24, 2019
**Applicant's Tracking Number:** 8419/009

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-185-293**

**Effective Date of Registration:**
October 24, 2019

**Registration Decision Date:**
January 09, 2020

## Title

**Title of Work:** Floor Details 4.7

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** May 31, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Mia Tarducci Henry
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1974

## Copyright Claimant

**Copyright Claimant:** Mia Tarducci Henry
7800 Susquehanna Street, Suite 201, Pittsburgh, PA, 15208, United States

## Rights and Permissions

**Organization Name:** Metz Lewis Brodman Must O'Keefe LLC
**Name:** Barry I Friedman
**Email:** ipdocket@metzlewis.com
**Telephone:** (412)918-1110
**Alt. Telephone:** (412)918-1100
**Address:** 535 Smithfield Street, Suite 800
Pittsburgh, PA 15222 United States

## Certification

**Name:** Barry I Friedman
**Date:** October 24, 2019
**Applicant's Tracking Number:** 8419/010

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-183-730**
**Effective Date of Registration:**
October 24, 2019
**Registration Decision Date:**
December 26, 2019

## Title

**Title of Work:** Floor Details 4.8

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** May 31, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Mia Tarducci Henry
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1974

## Copyright Claimant

**Copyright Claimant:** Mia Tarducci Henry
7800 Susquehanna Street, Suite 201, Pittsburgh, PA, 15208, United States

## Rights and Permissions

**Organization Name:** Metz Lewis Brodman Must O'Keefe LLC
**Name:** Barry I Friedman
**Email:** ipdocket@metzlewis.com
**Telephone:** (412)918-1110
**Alt. Telephone:** (412)918-1100
**Address:** 535 Smithfield Street, Suite 800
Pittsburgh, PA 15222 United States

## Certification

**Name:** Barry I Friedman
**Date:** October 24, 2019
**Applicant's Tracking Number:** 8419/011

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-185-289**
**Effective Date of Registration:**
October 24, 2019
**Registration Decision Date:**
January 09, 2020

## Title

**Title of Work:** INHABIT

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** October 24, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** MIa Tarducci Henry
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1974

## Copyright Claimant

**Copyright Claimant:** MIa Tarducci Henry
7800 Susquehanna Street, Suite 201, Pittsburgh, PA, 15208, United States

## Rights and Permissions

**Organization Name:** Metz Lewis Brodman Must O'Keefe LLC
**Name:** Barry I Friedman
**Email:** ipdocket@metzlewis.com
**Telephone:** (412)918-1110
**Alt. Telephone:** (412)918-1100
**Address:** 535 Smithfield Street, Suite 800
Pittsburgh, PA 15222 United States

## Certification

**Name:** Barry I Friedman
**Date:** October 24, 2019
**Applicant's Tracking Number:** 8419/002

