Case 1:20-cv-00069-JJM-LDA   Document 1-3   Filed 02/11/20   Page 1 of 4 PageID #: 30

# EXHIBIT C



# THE COST OF DOING BUSINESS I BY KRISTEN COATES

*Raw linen* 😍

$3,000.00

The Cost Of Doing Business I, 2019

By Kristen Coates



# THE COST OF DOING BUSINESS II BY KRISTEN COATES

**Another one!**

$3,000.00

The Cost Of Doing Business II, 2019

By Kristen Coates



     

 Liked by **sandeeglam** and **164 others**

**kristencoates** It's a gorgeous morning in the shop and my website is newly updated with all sorts of beautiful art and objects XO Kristen
#bemenewport